UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR LEE WARREN, | No. C 07-5726 MHP (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| PEOPLE POLICE; et al., | |
| Defendants. | |

This pro se civil action was filed on November 13, 2007, at which time the court notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved in forma pauperis application. Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Plaintiff did not pay the filing fee or submit a complete in forma pauperis application. The in forma pauperis application he filed is DENIED because it is not signed, does not have a certificate of funds, and does not have an inmate trust account statement. (Docket # 2.)  The action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed in forma pauperis application. Plaintiff may file a new action, but should include a filing fee or an in forma pauperis application with a new complaint to commence that new action. The clerk shall close the file.

IT IS SO ORDERED.

DATED: February 14, 2008

Marilyn Hall Patel
United States District Judge